**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KAIQIANG XUE,                              :         Civil No. 1:26-CV-01414
                                           :
      Petitioner,                          :
                                           :
      v.                                   :
                                           :
ANGELA HOOVER,                             :
                                           :
      Respondent.                          :         Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 13th day of July, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

3) An individualized bond hearing shall be held before an immigration judge as soon as possible but no later than **July 27, 2026**.

4) Petitioner shall file a status report by **August 10, 2026** to advise the court of the status of the bond hearing.

                     s/Jennifer P. Wilson
                     JENNIFER P. WILSON
                     United States District Judge
                     Middle District of Pennsylvania