**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAIQIANG XUE, | : | Civil No. 1:26-CV-01414 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ANGELA HOOVER, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## MEMORANDUM

On July 13, 2026, the court entered a memorandum and order granting Petitioner's petition for writ of habeas corpus. (Docs. 11, 12.) The court ordered a new individualized bond hearing before an immigration judge and required Petitioner to file a status report to update the court on the bond hearing. (Doc. 12.) Because of this, the court did not enter judgment or close the case at that time. Both parties have filed status reports. (Docs. 15, 17.) While a bond hearing occurred, it did not take place until July 29, 2026, two days after the deadline imposed by the court. (Doc. 15.) Petitioner submits that the bond hearing did not comply with the court's order and requests immediate release. (Doc. 17.)

Because a bond hearing occurred, albeit two days late, the court finds that its order was complied with. Accordingly, the court will now issue an appropriate order entering judgment in favor of Petitioner and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date: September 16, 2026