**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAIQIANG XUE, | : | Civil No. 1:26-CV-01414 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ANGELA HOOVER, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 16th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** judgement is entered in favor of Petitioner and the Clerk of Court shall close this case. **IT IS FURTHER ORDERED THAT** Petitioner's motion for immediate release, Doc. 18, is **DENIED AS MOOT**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania